ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DARREN L. REAGAN, et. al., ) <br> DEFENDANTS. ) | CRIMINAL No. 3:07-CR-289-7 |

---

**RENEWED MOTION FOR THE APPOINTMENT OF A SPECIAL PROSECUTOR**

---

COMES NOW Defendant Darren L. Reagan (hereinafter referred to as "Defendant"), pro se, to enter this <u>Renewed Motion for the Appointment of a Special Prosecutor</u>, and states as follows:

1. Defendant is a layman at law, therefore as a pro se litigant he invokes the excusable error analysis of <u>Haines v. Kerner</u>, 404 U.S. 519 (1972), where this Court is required to hold Defendant's pleadings to a less stringent standard than motions drafted by a lawyer. See also <u>Erickson v. Pardus</u>, 551 U.S. 89, 94, 124 S. Ct. 2197, 167 L. Ed. 2d 1081 (2007).

2. Defendant filed his <u>Supplemental Motion/Request for a New Trial (Pending My Direct Appeal) Based on Post Conviction (sic) "Newly Discovered Evidence"</u> as Outlined in the Aforementioned/Referenced Motions/Requests and In the "Interest of Justice" Involving the Many "Conflicts of Interest" Related

to Sarah Saldana, Former A.U.S.A. and Now U.S. Attorney for the Northern District of Texas (hereinfter referred to as "Motion for New Trial") on March 27th, 2013. See Docket No. 1841, United States v. Darren Reagan, et. al., Criminal No. 3:07-CR-289-7 (United States District Court for the Northern District of Texas, Dallas Division).[1]

3. Defendant does not believe, based on the information contained in his Motion for New Trial (D.E. 1841), that the Plaintiff United States of America (hereinafter referred to as "United States") is adequately capable of arguing the merits of Defendant's claims through the Plaintiff's Dallas Office of the Northern District of Texas.

4. Defendant contends it would be proper for this Court to appoint a special prosecutor to assess the merits of Defendant's Motion for New Trial (D.E. 1841), to investigate Defendant's claims, and argue such in a response to such Motion for New Trial (D.E. 1841).

WHEREFORE Defedant prays for this Court to grant this Renewed Motion for Appointment of a Special Prosecutor in reference to Defendant's Motion for New Trial (D.E. 1841), and for any and such other relief as this Court may deem to be proper and just.

Respectfully submitted,

January 14th, 2014

DARREN L. REAGAN
Defendant, pro se
Register No. 37109-177
FCI Oakdale
Post Office Box 5000
Oakdale, LA 71463-5000

---

1. References to documents contained on the record will be referred to as "D.E." with the corresponding docket entry number after.

CERTIFICATE OF SERVICE
It is hereby certified that a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid, this 14th day of January, 2014, to:

Clerk of the United States District Court
Northern District of Texas, Dallas Division
United States Courthouse
1100 Commerce, Room 1452
Dallas, TX 75242-1495

U.S. Department of Justice
United States Attorney
Northern District of Texas
Dallas Office
1100 Commerce Street, Third Floor
Dallas, TX 75242-1027
Plaintiff

_____
Defendant, pro se

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 14, 2012

#37109-177
Mr. Darren L. Reagan
FCI Oakdale
1507 E. Whatley Road, P.O. Box 5000
Oakdale, LA 71463-0000

    No. 10-10211,   USA v. Darren Reagan, et al
        USDC No. 3:07-CR-289-7

We received your motion to appoint special prosecutor.

This matter must be addressed to the district court, we are taking no action on this motion.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Steve A. Totora, Deputy Clerk
        504-310-7667

cc:  Ms. Susan Cowger
     Mr. Douglas C. Greene Sr.
     Mr. James Wesley Hendrix
     Mr. Seth Kretzer
     Mr. Kevin Blake Ross
     Ms. Leigha Amy Simonton

MARC A. VEASEY
33RD DISTRICT, TEXAS

414 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-9897

# Congress of the United States
## House of Representatives
### Washington, DC 20515-4333

January 7, 2014

Mr. Darren Reagan
Federal Correctional Institution- Reg# 37109-177
PO Box 5000
Oakdale, LA 71463-5000

Dear Mr. Reagan,

    I received the completed Privacy Act Release Form. An inquiry has been made on your behalf with the U.S. Department of Justice. I have asked that they respond to you not receiving a response after contacting several agencies within the DoJ.

    As soon as a response is received, I will forward it to you. Your inquiry has been assigned to my staff assistant, Jennifer Ward, in my Fort Worth District Office.

                              Sincerely,

                              Marc Veasey
                              Member of Congress

MV/JW

FEDERAL CORRECTIONAL INSTITUTION
DARREN L. REAGAN, 37109-177
P.O. BOX 5000
OAKDALE, LA 71463-5000

CLERK OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
UNITED STATES COURTHOUSE
1100 COMMERCE, ROOM 1452
DALLAS, TX 75242-1495

Attn: Ms. Glenda Richardson

(LEGAL)